[No. 18976-3-II. Division Two. October 25, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. BUNNAI NAN, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 94-1-00137-0, James B. Sawyer, J., entered December 8, 1994. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

[No. 19166-1-II. Division Two. October 25, 1996.]

*In the Matter of the Marriage of* SUSAN R. LYNCH, *Appellant,* and STEPHAN M. LYNCH, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 91-3-01407-7, Frederick W. Fleming, J., entered January 20, 1995. *Reversed with instructions* by unpublished opinion per Morgan, J., concurred in by Turner and Armstrong, JJ.

[No. 19184-9-II. Division Two. October 25, 1996.]

MAGDALENA E. HOLMES, *as Guardian, Respondent*, v. LARRY DALE WALLACE, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 92-2-08581-5, Vicki L. Hogan, J., entered January 27, 1995. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater and Turner, JJ. Now published at 84 Wn. App. 156.

[No. 19253-5-II. Division Two. October 25, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ADAM JAMES WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 94-8-00329-7, James D. Ladley, J., entered March 23, 1995. *Reversed* by unpublished opinion per Houghton, A.C.J., concurred in by Morgan and Bridgewater, JJ.